In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-339 CR


____________________



ROBERT LEE GALLOW, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 84321






 MEMORANDUM OPINION 


 Appellant, Robert Lee Gallow, Jr., filed a motion requesting to withdraw his
appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally and by counsel of record. No opinion has issued in this appeal. The motion
is granted, and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 _________________________________

 HOLLIS HORTON

 Justice


Opinion Delivered August 15, 2007 

Do Not Publish 

Before McKeithen, C.J., Kreger and Horton, JJ.